*Pryor v. Corrigan*, 17 C 1968

Defendants Michael Corrigan and Damien Cantona have made the following admissions which you must accept as true:

14)[1]     Defendant Officers Michael Corrigan and Damien Cantona admit that on March 23, 2015, in the early evening hours, Officers Isaak, Corrigan, and Christoffel followed a purple and white Chevy van as it turned onto Fenton Street in Aurora, Illinois.

16)     Defendants Corrigan and Cantona admit that Nathaniel Pryor was not the driver of the Chevy van being pursued by defendants Isaak, Corrigan, and Christoffel, but was sitting in the front passenger seat of the van.

17)     Defendant Corrigan admits that he observed the van in which Nathaniel Pryor was a passenger pull into the driveway of 1123 Fenton Street in Aurora, Illinois.

18)     Defendants Corrigan and Cantona admit that they did not have probable cause to believe that Nathaniel Pryor had committed any criminal offenses prior to the point at which the van pulled into the driveway of 1123 Fenton Street.

19)     Defendants Corrigan and Cantona admit that they did not have probable cause to believe that Nathaniel Pryor, as a passenger, had committed any traffic violations prior to the point at which the van pulled into the driveway of 1123 Fenton Street.

20)     Defendant Corrigan admits that he parked on the street near the driveway of 1123 Fenton Street in Aurora, Illinois.

21)     Defendant Corrigan admits that he observed a person who was not Nathaniel Pryor, emerge from the van and begin running away from the officers.

26)     Defendant Corrigan admits that Nathaniel Pryor's hands were empty when he was standing in front of Officer Isaak's vehicle, with his hands in the air.

29)     Defendant Corrigan admits that while Nathaniel Pryor was standing with his hands up in the air, defendant Corrigan grabbed Nathaniel Pryor by his jacket.

31)     Defendant Corrigan admits that Nathaniel Pryor fell to the ground on the driveway of 1123 Fenton Street in Aurora, Illinois as a result of defendant Corrigan's actions.

---

[1] Numbering of admissions corresponds to the numbering of the requests to admit for easy reference.

33) Defendant Corrigan admits that at the point Nathaniel Pryor fell to the ground, defendant Corrigan had not told him that he was under arrest.

35) Defendant Corrigan admits that when Nathaniel Pryor was on the ground, he repeatedly said that he was not fighting, and he repeated asked defendant Corrigan what the problem was.

42) Defendant Corrigan admits that he put handcuffs on Nathaniel Pryor.

43, 44) Defendants Corrigan and Cantona admit that before Nathaniel Pryor was placed in handcuffs, Corrigan had not told Nathaniel Pryor he was under arrest.

46) Defendant Corrigan admits that Plaintiff's #1 and Plaintiff's #2 (the two videos) show that there was snow on the ground on March 23, 2015.

51) Defendants Corrigan and Cantona admit that they did not have a warrant to arrest or search Nathaniel Pryor.

52) Defendants Corrigan and Cantona admit that they did not have permission to search Nathaniel Pryor.

53) Defendant Corrigan admits that Nathaniel Pryor had no weapon and did not try to hit defendant Corrigan before defendant Corrigan took him to the ground.

54) Defendant Corrigan admits that he is one of the officers who decided to arrest Nathaniel Pryor.

57) Defendant Corrigan admits that he did not find any contraband on Nathaniel Pryor's person.

58) Defendants Corrigan and Cantona admit they did not find any cannabis, paraphernalia, or contraband inside the Chevy van in which Nathaniel Pryor was a passenger.

60) Defendant Corrigan admits that Nathaniel Pryor was charged with resisting arrest, pursuant to 720 ILCS 5/31-1 on March 23, 2015.

62) Defendant Corrigan admits that Nathaniel Pryor was not arrested on March 23, 2015 for any charge other than resisting arrest.

64) Defendants Corrigan and Cantona admit they are not claiming that they had probable cause to arrest Nathaniel Pryor on March 23, 2015, for any charge other than resisting arrest.

65) Defendant Corrigan admits that the misdemeanor charge of resisting arrest against Nathaniel Pryor was dismissed by a nolle prosequi by the Assistant State's Attorney on October 24, 2016.