UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHANIEL PRYOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17 C 1968 |
| v. | ) |
| | ) Judge Steven C. Seeger |
| MICHAEL CORRIGAN, NATHANIEL ISAAK, | ) |
| GREGORY CHRISTOFFEL, DAMIEN | ) |
| CANTONA, RONALD F. McNEFF, RICHARD | ) |
| CORNFORTH, DANNY RIOS, MATTHEW | ) |
| BONNIE, RICKEY AHLGREN, THOMAS | ) |
| HINTERLONG, MARK WEEKS, UNKNOWN | ) |
| OFFICERS OF THE AURORA POLICE | ) |
| DEPARTMENT, and CITY OF AURORA, | ) |
| ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

**REVISED PROPOSED JOINT PRETRIAL ORDER**

This matter having come before the Court at a pretrial conference held pursuant to Fed.
R. Civ. P. ("Rule") 16, and Irene K. Dymkar and Shamoyita M. DasGupta, 53 W. Jackson, Suite
733, Chicago, IL 60604, (312) 345-0123, having appeared as counsel for plaintiff, Nathaniel
Pryor, and Darcy Proctor and Andrew J. O'Donnell, Tressler LLP, 233 S. Wacker Drive, 61st
Floor, Chicago, IL 60606, (312) 627-4194, and John M. O'Driscoll, Tressler LLP, 550 E.
Boughton Road, Suite 250, Bolingbrook, IL 60440, having appeared as counsel for defendants,
Michael Corrigan, Damien Cantona, and City of Aurora, Illinois, the following actions were
taken:

1)    This action arises under the United States Constitution and the laws of the United States,
       specifically the Civil Rights Act of 1871 (42 U.S.C. § 1983), to redress claimed
       deprivations of the civil rights of plaintiff through acts and/or omissions of defendants
       committed under color of law. Specifically here, plaintiff claims that defendants deprived
       him of his rights under the Fourth and Fourteenth Amendments to the United States
       Constitution. Jurisdiction is based upon 28 U.S.C. §§ 1343, 1331, and 1367. Jurisdiction
       is not disputed.

2)    The following stipulations and statements were submitted and are attached to and made a
       part of this Order:

(a)     a comprehensive stipulation or statement of all uncontested facts, which will become a part of the evidentiary record in the case, and which, in jury trials, may be read to the jury by the Court or any party;

**See attached Exhibit A.**

(b)     for jury trials, a short agreed description of the case to be read to prospective jurors;

**See attached Exhibit B.**

(c)     except for rebuttal exhibits, schedules of

    (1)     all exhibits (all exhibits shall be marked for identification before trial), including documents, summaries, charts, and other items expected to be offered in evidence, and

    (2)     any demonstrative evidence and experiments to be offered during trial;

**See attached Exhibit C (plaintiff's exhibits) and Exhibit D (defendants' exhibits).**

(d)     a list or lists of names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling, or to the qualifications of, any witness identified on the list;

**See attached Exhibit E (plaintiff's witnesses) and Exhibit F (defendants' witnesses).**

(e)     stipulations or statements setting forth the qualifications of each expert witness in such form that the statement can be read to the jury at the time the expert witness takes the stand;

**There are no experts in this case.**

(f)     a list of all depositions, and designated page and line numbers, to be read into evidence and statements of any objections thereto;

**The parties filed an unopposed motion for extension of time until February 2, 2023, to submit the following Exhibits:**

2

**Exhibit K, which includes designations, counter-designations, and objections to same by both parties of deposition testimony by Mark Weeks, given on April 4, 2019, to be read to the jury because of the unavailability of the witness.**

**Exhibit L, which includes list of prior statements of plaintiff Nathaniel Pryor to be used by defendants, and objections by plaintiff.**

**Exhibit M, which includes list of prior statements of defendant Michael Corrigan to be used by plaintiff, and objections by defendant.**

**Exhibit N, which includes list of prior statements of defendant Damien Cantona to be used by plaintiff, and objections by defendant.**

**Exhibit O, which includes designations, counter-designations, and objections to same by both parties of deposition testimony by Rickey Ahlgren, given on April 2, 2019, to be read to the jury because of the unavailability of the witness. Plaintiff will be opposing the adding of Mr. Ahlgren at this late date to defendants' witness list.**

(g)     an itemized statement of damages;

**Plaintiff claims compensatory damages for emotional distress and pain and suffering in an amount to be ascertained by the jury.**

**Plaintiff claims punitive damages in an amount to be ascertained by the jury.**

(h)     for a jury trial, each party shall provide the following:

(i)     trial briefs except as otherwise ordered by the Court (optional);

**The parties do not intend to file trial briefs, but rely on law cited in the parties' prior briefings and in their motions *in limine*.**

(ii)     one set of marked proposed jury instructions, verdict forms, and special interrogatories, if any;

**See attached Exhibit G (plaintiff's proposed jury instructions and verdict form) and Exhibit H (defendants' proposed jury instructions and verdict form), with parties' objections noted and alternate instructions provided.**

3

      (iii)    a list of the questions the party requests the court to ask prospective jurors in accordance with Fed. R. Civ. P. 47(a);

            **See attached Exhibit I (plaintiff's proposed voir dire) and Exhibit J (defendants' proposed voir dire).**

(i)    a statement that each party has completed discovery, including the depositions of expert witnesses (unless the Court has previously ordered otherwise). Absent good cause shown, no further discovery shall be permitted;

    **All discovery has been completed.**

(j)    subject to full compliance with all the procedural requirements of Rule 37(a)(2), a brief summary of intended motions *in limine*. Any briefs in support of and responses to such motions shall be filed as directed by the Court;

    **Motions *in limine* have been filed as separate documents by plaintiff and by defendants.**

(k)    an agreed statement or statements by each party of the contested issues of fact and law and a statement or statements of contested issues of fact or law not agreed to (optional);

    **Parties are not presenting a statement of the contested issues of facts or law.**

(l)    waivers of any claims or defenses that have been abandoned by any party;

    **No claims or defenses have been abandoned.**

3)    Trial of this case is expected to take one week.

4)    [X] Jury        [ _ ] Non-jury

5)    Plaintiff and defendants recommend that 12 jurors be selected at the commencement of trial.

6)    The parties agree that the issues of liability and damages should not be bifurcated for trial.

7)    The parties do not consent to this case being reassigned to a magistrate judge for trial.

8)    This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by Order of the Court to prevent manifest injustice.

9)      The possibility of settlement of this case was considered by the parties.

Date:_____                _____

                                                  Honorable Steven C. Seeger
                                                  United States District Court

  /s/   Irene K. Dymkar_____                /s/   Darcy Proctor_____
           Irene K. Dymkar                                Darcy Proctor

Plaintiff's Attorneys:                      Defendants' Attorneys:

Irene K. Dymkar                            Darcy Proctor
Shamoyita M. DasGupta                  Andrew J. O'Donnell
Law Offices of Irene K. Dymkar          Tressler LLP
53 West Jackson, Suite 733             233 S. Wacker Drive, 61st Floor
Chicago, IL 60604                      Chicago, IL 60606
(312) 345-0123                         (312) 627-4194

                                                  John M. O'Driscoll
                                                  Tressler LLP
                                                  550 E. Boughton Road, Suite 250
                                                  Bolingbrook, IL 60440